# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

**FILED**
JAN 28 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
v.
EMMA DANETTE DePRIEST

*WARRANT FOR ARREST*

CASE NUMBER: 1:16-cr-014-BLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **EMMA DANETTE DePRIEST** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. § 841(a)(1) & (b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
21 U.S.C. § 841 (a)(1) & (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

Case: 1:16-mj-00074
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 01/28/2016
Description: Arrest Warrant Removal

United States Courts
District of Idaho
**ISSUED**
Carrie Smith
on Jan 13, 2016 10:22 am

Carrie Smith, Deputy Clerk
Name and Title of Issuing Officer

January 13, 2016
Date

---

**RETURN**

This warrant was received __1/28/16__ and executed with the arrest of the above-named individual at __District of Columbia__

Signature of Arresting Officer: _____ For Chris Hegarty

Date of Arrest: 1/28/16

Hegarty, Chris DUSM
Name & Title of Arresting Officer